UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>Julian Lopez,<br><br>                    Defendant. | 24cr111 (VM) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A status conference is scheduled before Judge Robyn F. Tarnofsky for January 31, 2025 at

10:00 AM in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED:  December 17, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge