# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212.880.9413

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

May 27, 2025



Request **GRANTED.**
The Rule 12 motion deadlines are modified as follows: Motions due June 27, 2025. Oppositions due July 21, 2025. Replies due August 14, 2025.

**SO ORDERED.**
5/29/2025
DATE    VICTOR MARRERO, U.S.D.J.

**VIA EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   United States v. Rodriguez and Lopez, Case No. 1:24-cr-00111-VM

Dear Judge Marrero:

We represent Mr. Julian Lopez, a defendant in the above-captioned matter. We are in active discussions with the Government in an effort to resolve the case. Accordingly, we request a 30-day adjournment of all Rule 12 motion deadlines. The Government consents to this request.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*

Kathleen E. Cassidy

cc:   AUSA Camille Fletcher
      Assistant Federal Defender Hannah McCrea