```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       - against -

JULIAN LOPEZ,

               Defendant.

**24 CR 111 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby schedules a hearing for September 26, 2025, at 11:00 a.m. pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982), to address any actual or potential conflicts of interest concerning attorney Joseph Klemme's representation of defendant Julian Lopez in the above-captioned matter.

**SO ORDERED.**

Dated:    19 September 2025
            New York, New York

                                      Victor Marrero
                                      U.S.D.J.