**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        - against -

JULIAN LOPEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2025

**24 CR 111 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

    The Court hereby schedules sentencing in this matter for February 20, 2026, at 12:00 p.m.

**SO ORDERED.**

Dated:    24 October 2025
            New York, New York

/s/ Victor Marrero
U.S.D.J.

1