# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212.880.9413

December 23, 2025

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
——
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
——
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_12/29/2025_

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    United States v. Rodriguez and Lopez, Case No. 1:24-cr-00111-VM

Dear Judge Marrero:

We represent Mr. Julian Lopez, a defendant in the above-captioned matter.  We write to respectfully request an adjournment of Mr. Lopez's sentencing until after the birth of his child and to temporarily modify, for one day, his conditions of release.

Mr. Lopez's sentencing is currently scheduled for February 20, 2025.  Mr. Lopez's partner is pregnant and is due to give birth in April 2025.  To enable Mr. Lopez to attend the birth of his first child, and to ensure that he is able to assist his partner in caring for the baby in the weeks immediately after the birth, we respectfully request that Mr. Lopez's sentencing be adjourned until a date in June 2025.  We have consulted with the Government regarding this request, and the Government takes no position on it.  Should the Court grant the request, the parties will confer regarding a mutually acceptable date.

Separately, Mr. Lopez would like to spend New Year's Eve with his partner's family on Long Island.  Given that his partner is pregnant, he would like to avoid driving home in the evening from Long Island to the Bronx to ensure he gets home before his curfew.  Accordingly, we respectfully request that Mr. Lopez be permitted to stay overnight on December 31, 2025, at his partner's parents' home.  We have consulted with the Government and Pretrial regarding this request.  The Government takes no position.  Pretrial opposes this request as a general matter but is not aware of any specific concerns relating to this request and notes that Mr. Lopez is in

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

compliance with his conditions of release.  Should the request be granted, Mr. Lopez will provide the address to Pretrial.

Respectfully submitted,

*/s/ Kathleen Cassidy*

Kathleen Cassidy

cc:    AUSA Camille Fletcher
       Pretrial Services Jonathan Lettieri

Request **GRANTED.**  Both requests are hereby granted. The sentencing is adjourned until June 12, 2026, at 12:00 PM. The conditions of release are temporarily modified as provided by the conditions set forth above.

**SO ORDERED.**

12/29/2025
_____
DATE



VICTOR MARRERO, U.S.D.J.