```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/14/2026__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

JULIAN LOPEZ,

             Defendant.

**24 CR 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby reschedules the sentencing in the above-captioned matter set for June 12, 2026, at 12:00 p.m. to June 12, 2026, at 11:00 a.m.

**SO ORDERED.**

Dated:    14 January 2026
          New York, New York

                                  Victor Marrero
                                  U.S.D.J.