USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/22/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

         - against -

JULIAN LOPEZ,

             Defendant.

**24 CR 111 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The sentencing scheduled in the above-captioned matter on June 12, 2026, at 11:00 AM is hereby rescheduled to June 26, 2026, at 12:00 PM.

**SO ORDERED.**

Dated:     22 January 2026
            New York, New York

Victor Marrero
U.S.D.J.