USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/14/2026

# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
_____

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-9413

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
____
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
____
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

April 13, 2026



Request **GRANTED.**

**SO ORDERED.**

4/14/2026

DATE            VICTOR MARRERO, U.S.D.J.

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re:    United States v. Rodriguez and Lopez, Case No. 1:24-cr-00111-VM

Dear Judge Marrero:

We represent Mr. Julian Lopez in the above-captioned matter.  We write to request a modification to two of Mr. Lopez's bail conditions.

Mr. Lopez was granted bail in this matter on February 22, 2024, and was released to home incarceration with a number of conditions of release, including electronic monitoring.  On October 2, 2024, this Court granted Mr. Lopez's request to modify the conditions of his release, ordering home confinement to be replaced by a curfew with electronic monitoring.

We are now requesting the Court terminate both (i) Mr. Lopez's curfew, and (ii) his location monitoring.  Mr. Lopez has made significant strides, both professionally and personally, since his arrest.  Professionally, he has been gainfully employed for over a year, and is currently working in manufacturing.  Personally, he is expecting a child this month with his partner of over a year, has cut off the negative influences that were a part of his life prior to his arrest, and has avoided narcotics since his arrest.

Hon. Victor Marrero
April 13, 2026
Page 2

We have consulted with Pretrial Services regarding these changes to Mr. Lopez's bail conditions, and Pretrial Services consents to these modifications.  The United States takes no position.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*

Kathleen E. Cassidy

cc:    AUSA Camille Fletcher
       U.S. Pretrial Services Officer Jonathan Lettieri