USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    6/16/2026

## MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-9413

June 15, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

————

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

————

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES



Request **GRANTED**.
The Court hereby reschedules the sentencing in this matter for July 17, 2026, at 4:30 PM.

**SO ORDERED.**

6/16/2026
DATE                    VICTOR MARRERO, U.S.D.J.

**VIA ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    United States v. Rodriguez and Lopez, Case No. 1:24-cr-00111-VM

Dear Judge Marrero:

We represent Mr. Julian Lopez in the above-captioned matter.  We write to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for June 26, 2026, by three weeks, to July 17, 2026.  This adjournment would allow Julian to assist his partner, who gave birth to their newborn daughter only six weeks ago, as she recovers from a C-section.  The Government consents to this request.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*

Kathleen E. Cassidy

cc:    AUSA Camille Fletcher