MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
212-880-9413

COUNSEL
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 5, 2026

**VIA ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:__________
DATE FILED: 10/6/2026

Re: United States v. Rodriguez and Lopez, Case No. 1:24-cr-00111-VM

Dear Judge Marrero:

We represent Julian Lopez in the above-captioned matter. We write to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for October 16, 2026, by three weeks, to November 6, 2026, to allow the defense additional time to prepare and finalize mitigation evidence in support of Mr. Lopez's sentencing memorandum. The Government takes no position as to this request, but has confirmed it is available on November 6.

Respectfully submitted,

*/s/ Kathleen E. Cassidy*

Kathleen E. Cassidy

cc: AUSA Camille Fletcher

Request **GRANTED.**

Sentencing in this matter is hereby adjourned to November 6, 2026 at 2:00 PM.

**SO ORDERED.**

10/6/2026
DATE

VICTOR MARRERO, U.S.D.J.